IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

RE:     Reassignment of Cases to the Docket of
         District Judge Jeffery P. Hopkins

ORDER

The attached cases are hereby reassigned to the docket of the Honorable Jeffery P. Hopkins.

IT IS SO ORDERED.

 December 21, 2022   
DATE

                                 Honorable Algenon L. Marbley  
                                 Chief Judge United States District Court

Case: 1:15-cv-00506-JPH Doc #: 219 Filed: 12/21/22 Page: 2 of 3  PAGEID #: 12834

| Case Number | Case Title |
| --- | --- |
| 1:15-cv-00506-MWM | Kondash v. Kia Motors America, Inc. et al |
| 1:16-cv-01059-MWM | Ramsey v. Receivables Performance Management, LLC |
| 1:17-cv-00511-MWM-SKB | Siefert et al v. Hamilton County/ Hamilton County Board of Commissioners/ Hamilton County Department of Job and Family Services et al |
| 1:17-cv-00860-MWM-SKB | Bauer et al v. GE Aviation Systems LLC et al |
| 1:18-cv-00091-MWM-KLL | Durham v. Niffenegger et al |
| 1:18-cv-00144-MWM | Myers v. Wells Fargo Bank, N.A. |
| 1:18-cv-00271-MWM-SKB | Jones v. Conagra Foods Inc et al |
| 1:18-cv-00326-MWM | McGinnes et al v. FirstGroup America, Inc. et al |
| 1:19-cv-00201-MWM | The Bidwell Family Corporation et al v. Shape Corp. et al |
| 1:19-cv-00304-MWM-KLL | Fontain v. Lane et al |
| 1:19-cv-00481-MWM | Trustaff Travel Nurses, LLC v. Trusted, Inc. |
| 1:19-cv-00594-MWM-SKB | Sturgill v. Muterspaw et al |
| 1:19-cv-00613-MWM | Forman et al v. TriHealth, Inc. |
| 1:19-cv-00692-MWM | Collins v. Central Railroad of Indiana et al |
| 1:19-cv-00758-MWM | Cronin v. Kaivac, Inc. et al |
| 1:19-cv-00828-MWM | Rees v. Newcomer Funeral Service Group, Inc. |
| 1:19-cv-00852-MWM-KLL | Pannek et al v. U.S. Bank National Association |
| 1:19-cv-00889-MWM-KLL | Clendenin v. United States Of America |
| 1:19-cv-00999-MWM | Kaylor v. Multi-Color Corporation |
| 1:19-cv-01062-MWM | Hawkins et al v. Cintas Corporation et al |
| 1:20-cv-00092-MWM | Scalia v. Complete Care Supported Living Agency et al |
| 1:20-cv-00118-MWM | McCleese v. Natorp's Inc. et al |
| 1:20-cv-00157-MWM-KLL | Johnson v. Lawless |
| 1:20-cv-00294-MWM | Gipson v. Cincinnati Children's Hospital Medical Center |
| 1:20-cv-00428-MWM | PCA-Corrections, LLC v. Akron Healthcare LLC et al |
| 1:20-cv-00680-MWM-SKB | Hicks v. Faris et al |
| 1:20-cv-00698-MWM | Luxottica of America Inc. v. Allianz Global Risks US Insurance Company |
| 1:20-cv-00825-MWM-KLL | Holmes v. United States of America et al |
| 1:20-cv-00963-MWM | Jones v. Sun Chemical Corporation |
| 1:20-cv-00972-MWM | Mamedova et al v. USCIS et al |
| 1:21-cv-00003-MWM-SKB | Johnson v. Osborne et al |
| 1:21-cv-00031-MWM-KLL | Henry v. Secretary, Department of Treasury |
| 1:21-cv-00066-MWM | The Estate of Plott v. Department of Health and Human Services et al |
| 1:21-cv-00141-MWM-KLL | Johnson v. Barney et al |
| 1:21-cv-00155-MWM-SKB | Johnson v. Hill et al |
| 1:21-cv-00171-MWM-KLL | Johnson v. Little et al |
| 1:21-cv-00192-MWM | Options Unlimited Research Corp v. Western & Southern Financial Group, Inc. |

| | |
|---|---|
| 1:21-cv-00325-MWM | Annis et al v. Plumbers, Pipe Fitters & Mechanical Equipment Service Local Union No. 392 Health and Welfare Fund et al |
| 1:21-cv-00423-MWM-KLL | Williams v. Warden, London Correctional Institution |
| 1:21-cv-00462-MWM-SKB | Seifu v. Post Master General, U.S. Postal Service |
| 1:21-cv-00522-MWM | The William Powell Company v. The Ocean Marine Insurance Company Limited et al |
| 1:21-cv-00532-MWM-SKB | Edge v. Erdos et al |
| 1:21-cv-00533-MWM | Breitenstein v. Deters et al |
| 1:21-cv-00562-MWM | Penny v. Cottingham Retirement Community Inc et al |
| 1:21-cv-00578-MWM | Barnes v. Secretary of Veterans Affairs |
| 1:21-cv-00583-MWM-SKB | Keith v. Dodson Global Inc. |
| 1:21-cv-00588-MWM | Alexsam, Inc. v. US Bank NA |
| 1:21-cv-00793-MWM-SKB | Cotton v. Fedex Ground Package System, Inc. |
| 1:22-cv-00007-MWM | West v. Unlimited Potential Pizza, Inc. et al |
| 1:22-cv-00031-MWM-CHG | Johnson v. Cool et al |
| 1:22-cv-00032-MWM | Singer-Reed v. Planes Moving and Storage, Inc. et al |
| 1:22-cv-00044-MWM | Doe v. Board of Education of Fairland Local School District et al |
| 1:22-cv-00062-MWM | 3371 Reading, LLC v. Liberty Mutual Group, Inc. et al |
| 1:22-cv-00067-MWM | Neack v. UC Health, LLC et al |
| 1:22-cv-00083-MWM | OTR A.D.O.P.T., Inc. v. City Of Cincinnati et al |
| 1:22-cv-00088-MWM | Clark et al v. Specialized Loan Servicing, LLC et al |
| 1:22-cv-00105-MWM-SKB | Fontain v. O'Connell et al |
| 1:22-cv-00211-MWM | Chang v. Silvani et al |
| 1:22-cv-00252-MWM-KLL | Mathieu v. City of Cincinnati Police Impound |
| 1:22-cv-00312-MWM | Shah v. Fortive Corporation et al |
| 1:22-cv-00317-MWM-KLL | Nouri v. State of Ohio et al |
| 1:22-cv-00335-MWM | McKeon v. Day's Miami Heights Pharmacy et al |
| 1:22-cv-00355-MWM | Amicus Miami of Ohio, LLC v. Kacachos et al |
| 1:22-cv-00376-MWM | Roe et al v. University Of Cincinnati |
| 1:22-cv-00431-MWM-KLL | Fontain v. Nestor et al |
| 1:22-cv-00439-MWM | Rowland v. Jake Sweeney Automotive, Inc. et al |
| 1:22-cv-00443-MWM-KLL | Nuritdinov v. Meda-Care Transportation Inc. |
| 1:22-cv-00458-MWM-KLL | Tsibouris v. Colerain Township et al |
| 1:22-cv-00482-MWM | Thomas et al v. Doe et al |
| 1:22-cv-00537-MWM-SKB | Harney v. Warden, Ohio Reformatory for Women |
| 1:22-cv-00543-MWM-KLL | Stansberry v. Raising Caines |
| 1:22-cv-00610-MWM-KLL | Epps v. United States of America et al |
| 1:22-cv-00628-MWM | Corbett et al v. MLINK Technologies, Inc. et al |
| 1:22-cv-00651-MWM-SKB | Sealy v. Barrett et al |
| 1:22-cv-00669-MWM | Holbrook v. Financial Asset Management Systems, Inc. |